UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT | No. MC-14-80047 EMC |
| Plaintiff, | **ORDER REJECTING COMPLAINT** |
| v. | |
| THE STATE OF FLORIDA; THE COUNTRY OF VIETNAM; THE COUNTRY OF SOUTH AMERICA; UNITED STATES; and THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA | |
| Defendant. | |

Plaintiff Tyrone Hurt has been declared a vexatious litigant. The applicable vexatious litigant order requires all lawsuits filed by Mr. Hurt in this district to be subject to pre-filing review. *See Hurt v. All Sweepstakes Contests* No. C-12-4187 EMC, 2013 WL 144047, at *8 (N.D. Cal. Jan. 11, 2013). On February 13, 2014, Mr. Hurt submitted fourteen separate complaints for review.

In the instant case, Mr. Hurt purports to sue the above captioned entities based on allegations relating to the shooting of Trayvon Martin in the State of Florida, the growing of poppies for heroin production in Vietnam, the presence of gangs in this country, and an alleged assault that occurred in 2009 in the District of Columbia. As this complaint is frivolous, the Clerk is **ORDERED** to reject the complaint and close the file.

IT IS SO ORDERED

Dated: March 5, 2014

_____
EDWARD M. CHEN

United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TYRONE HURT,

        Plaintiff,

 v.

THE STATE OF FLORIDA et al,

        Defendant.

                                        /

Case Number: CV14-80047 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 5, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tyrone Hurt
422 Chesapeake Street, SE
#33
Washington, DC 20032-3637

Dated: March 5, 2014

Richard W. Wieking, Clerk
By: Betty P. Lee, Deputy Clerk